<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-2843**

———————

WILLIAM SANFORD GADD; EDDIE BRADFORD LEE,

Plaintiffs - Appellants,

and

CANAAN PROJECT; CORNERSTONE; D&J TRUST; FLAX
TRUST; GEMINI TRUST; GLOBAL FINANCIAL CORPORA-
TION; H.F.S. TRUST; HIGHLANDER TRUST; J.E.L.
TRUST; RAINBOW ENT TRUST; ROAD TO FREEDOM;
SILVER WILL TRUST; TREE TRUST; TRS TRUST,

Plaintiffs,

versus

ROBERT RUBIN, Secretary of the Treasury; LISA
GRIGG; MICHAEL C. STENGER,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte. Graham C. Mullen, Chief
District Judge. (CA-97-639-MU)

———————

Submitted: March 11, 1999          Decided: March 19, 1999

———————

Before WIDENER and LUTTIG, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

---

William Sanford Gadd, Eddie Bradford Lee, Appellants Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William Sanford Gadd and Eddie Bradford Lee appeal the district court's order granting the Defendants' motion to dismiss their complaint for failure to state a claim and for lack of subject matter jurisdiction. We have reviewed the record and the district court's opinion and find no reversible error. See Gadd v. Rubin, No. CA-97-639-MU (W.D.N.C. Dec. 9, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2